# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| SAUL WILLIAMS, ) | |
| ) | C/A No.: 3:13-cv-1042 DCN |
| Petitioner, ) | |
| ) | |
| -vs- ) | **ORDER** |
| ) | |
| MICHAEL MCCALL, ) | |
| ) | |
| Respondent. ) | |
| ) | |

This matter is before the court upon petitioner's letter requesting to withdraw his Petition for Writ of Habeas Corpus. The letter was filed on July 8, 2013.

**IT IS THEREFORE ORDERED,** that the Petition for Writ of Habeas Corpus is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Report and Recommendation is deemed **MOOT**.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

July 11, 2013
Charleston, South Carolina